155 A.3d 893

**COOPER, Reginald Lamont**

v.

**STATE of Maryland**

**Pet. Docket No. 502, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 2694, Sept. Term, 2015).

Petition for writ of certiorari denied

■

155 A.3d 893

**DANNY NOONAN LLC**

v.

**PARKWAY CONDOMINIUM ASSOCIATION**

**Pet. Docket No. 488, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. CAL16–24732, Circuit Court for Prince George's County).

Petition for writ of certiorari denied